ALBERT LILIENTHAL et al., Respondents, *v.* THE GERMAN-AMERICAN BREWING COMPANY, Appellant.

*Lilienthal* v. *German-American Brewing Co.,* 127 App. Div. 941, affirmed.
(Argued November 17, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a contract of sale.

*Charles Newton* for appellant.

*Charles W. Coleman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.